# NO. 12-09-00033-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL BERNARD GARDNER,* *APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant pleaded guilty to the offense of evading arrest. The trial court assessed punishment at imprisonment for fifteen years. We have received the trial court's certification showing that this is a plea bargain case and Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The record supports the trial court's certification. *See* **Greenwell v. Thirteenth Court of Appeals**, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); **Dears v. State**, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered March 4, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)